# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES VICTOR OWENS, | )<br>) |
| Plaintiff, | ) Case No. CV 13-7794 AJW<br>) |
| v. | ) J U D G M E N T<br>) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

November 4, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge